IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH BENJAMIN
CALLOWAY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                            CASE NO. 1D14-1329

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 3, 2014.

An appeal from the Circuit Court for Duval County.
Suzanne Bass, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Brittany Nicole O'Neill, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.